# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Blaine W. Klingemann,

        Plaintiff,                  Civil 10-805 (RHK/JSM)

vs.                          **DISQUALIFICATION AND
                                ORDER FOR REASSIGNMENT**

LMA North America, Inc.,
Breg, Inc.,

        Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 12, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge